Anthony O. Egbase, Esq. SB#181721
Cheryl Christopher, Esq. SB#92872
800 W. 1st Street, Suite 400
Los Angeles, CA 90012
Tel:(213)620-7070
Fax:(213)620-1200

Attorneys for: Debtor

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                  ) Case No: 1:10-BK-11916
   MARTIN CABARJAL.              ) Chapter 11
   MARTHA CABARJAL               )
      Debtors                     ) **Disclosure of Compensation Paid**
                                            )

## DISCLOSURE OF COMPENSATION PAID TO ANTHONY O. EGBASE AND CHERYL CHRISTOPHER

Pursuant to sections 329 and 504 of the Bankruptcy Code, and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure the law firm of ANTHONY O. EGBASE AND CHERYL CHRISTOPHER, counsel for Martin and Martha Cabarjal make this statement setting forth the compensation paid or agreed to be paid to the Firm within one year before the filing of the petition commencing this case, for services rendered in contemplation of and in connection with this case, and the source of such compensation.

1. During the one-year period before the filing of the petition commencing this case, the Debtor paid $15,000.00 for services rendered and expenses incurred by the Firm in contemplation of and in connection with commencing this case, and with respect to various general corporate and litigation

matters, and with respect to restructuring of various debts of the Debtor. In addition, the Firm received a $ 8,761 retainer for services to be rendered in connection with the bankruptcy proceeding.

2. The Debtor has agreed to pay the Firm at its usual hourly rates in effect from time to time during the pendency of this Chapter 11 proceeding, and to reimburse the Firm for its expenses in connection with such services, in such amounts as this Court determines pursuant to sections 330 and 331 of the Bankruptcy Code. Presently, the range of hourly rates for the Firm attorneys and legal assistants is as follows:

$ 500 Cheryl Christopher;

$ 375 Anthony O. Egbase; and

$ 125 for legal assistants.

Hourly rates are subject to adjustment from time to time.

3. The source of the compensation paid or promised to be paid by the Debtor is from revenue of the Debtor.

4. The Firm has not shared or agreed to share any portion of said compensation with any other person.

5. The Firm has not received any other payment in connection with this case, nor has the Firm entered into any other agreement with the Debtor, except as set forth herein.

Dated: February 22, 2010

Law Offices of Anthony O. Egbase & Associates

Anthony O. Egbase,
Cheryl Christopher
Attorneys for Debtor